**FILED**

JAN 2 5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 23 CR 0041 |
| KEVIN LEWIS HEDRICK, | ) | Title 18, United States Code, Sections 2252(a)(2), 2252A(a)(5)(B), and 2422(b) |
| Defendant. | ) | JUDGE LIOI |

COUNT 1
(Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about August 18, 2022, to on or about October 17, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant KEVIN LEWIS HEDRICK did knowingly receive, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2
(Access With Intent to View of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2. From on or about August 18, 2022, to on or about October 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant KEVIN LEWIS HEDRICK did knowingly access with intent to view Kik, an internet social media site, that contained child

pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

COUNT 3<br>(Attempted Coercion and Enticement, 18 U.S.C. § 2422(b))

The Grand Jury further charges:

3. From on or about August 18, 2022, to on or about October 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant KEVIN LEWIS HEDRICK did knowingly use facilities and means of interstate and foreign commerce, that is, a cellular phone with Internet connectivity, to attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, an individual purported to be a 14-year-old girl through an adult intermediary (un undercover officer posing as the mother of the child), to engage in illegal sexual activity with him (that is, Unlawful Sexual Conduct with a Minor in violation of O.R.C. § 2907.04), in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.