# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 5:23 CR 0041** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| -vs- | ) | |
| | ) | |
| **KEVIN HEDRICK** | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| **Defendant.** | ) | |

Now comes the Defendant, **KEVIN HEDRICK**, by and through counsel and hereby submits the following letters of support. Mr. Hedrick respectfully requests the sentence of sixty-three (63) months. Defendant's sentencing hearing is scheduled for December 21, 2023 at 10:00 a.m.

Respectfully submitted,

/s/ Donald J. Malarcik
Donald J. Malarcik (0061902)
Attorney for Kevin Hedrick
121 S. Main Street, Suite 520
Akron, OH 44308
(330) 253-0785 (telephone)
(330) 253-7432 (facsimile)
don@ohiodefensefirm.com

## CERTIFICATE OF SERVICE

I hereby certify on the 15th day of December 2023 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Donald J. Malarcik
Donald J. Malarcik (0061902)
Attorney for Kevin Hedrick

Case: 5:23-cr-00041-SL Doc #: 25 Filed: 12/14/23 2 of 2. PageID #: 144