

## BEFORE THE STATE BOARD OF EDUCATION

IN THE MATTER OF: :
:
Kevin L. Hedrick :
:
STATE ID: OH3050785 :

---

### PERMANENT VOLUNTARY SURRENDER AND/OR DENIAL OF LICENSES

---

I, Kevin L. Hedrick, am aware of my rights to representation by counsel, the right of being formally charged and having a formal adjudicative hearing, and do hereby freely execute this document and choose to take the actions described herein.

I do hereby voluntarily, knowingly, and intelligently surrender to the State Board of Education of Ohio (hereinafter State Board) any and all current and previously held licenses, permits, and certificates, and/or do hereby voluntarily, knowingly, and intelligently agree to the permanent denial by the State Board of any and all of my current application(s) for licenses, permits, and certificates.

I agree that I shall be ineligible for, and shall not apply for, licensure on or after the date of signing this Permanent Voluntary Surrender and/or Denial of Licenses.

I hereby authorize the State Board to adopt a Resolution permanently revoking any and all current and previously held licenses, permits, and certificates and/or permanently denying my current application(s) for any and all licenses, permits, and certificates.

I understand that as a result of the surrender and denial herein, I am no longer permitted to be employed in any position that requires a license issued by the State Board.

In conjunction with which I expressly and forever waive all rights as set forth in Chapter 119. of the Ohio Revised Code (O.R.C.), including but not limited to, my right to counsel, right to a hearing, right to present evidence, right to cross examine witnesses, and right to appeal the Resolution of the State Board permanently revoking my license(s), permit(s), and certificate(s) and/or permanently denying my application(s) for any and all licenses, permits, and certificates.

I further hereby authorize the State Board to send a copy of its Resolution permanently revoking my license(s), permit(s), and certificate(s) and/or permanently denying my application(s) for licenses, permits, and certificates to public and nonpublic school districts in Ohio. I further agree that this document is a public record within the meaning of O.R.C. §149.43. This information may be reported to appropriate organizations, data banks, and governmental agencies.

I stipulate and agree that I am taking the action described herein in lieu of formal disciplinary proceedings pursuant to O.R.C. §3319.31. This surrender is based upon my decision not to participate in any further proceedings pursuant to Ohio Revised Code § 3319.311.

Signed this 15th day of January, 2023.

Kevin L. Hedrick

Witness

Witness

Notary Public

DONALD J. MALARCIK, Attorney at Law
Notary Public - State of Ohio
My Commission has no expiration date
Sec. 147.03 R.C.